712

■ Irving Jaffe, Respondent, v. Central National Bank of Yonkers, Appellant.— In an action to recover the balance of a bank account, the appeal is from a judgment of the County Court, Westchester County, entered on a jury verdict in favor of respondent. The account was in the name of a corporation, labeled " Special Account ". Judgment unanimously affirmed, with costs. Respondent adequately proved his title to the funds on deposit. Present — Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ.

■ Harry Levy, Respondent, v. Ernest Halpern, Appellant.— In an action by a judgment creditor of a corporation against its sole stockholder, who had received substantially all its assets and orally assumed all its liabilities, to recover the amounts of the judgments, with interest, the appeal is from an order of the City Court of Mount Vernon granting a motion for summary judgment, pursuant to rule 113 of the Rules of Civil Practice, striking out the answer, and from the judgment entered thereon. Order and judgment unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ.

■ Miracle Paint & Chemical Corporation, Appellant, v. William C. McCollom, Respondent.— In an action to recover damages for wrongfully returning an execution partially satisfied, the appeal is from an order denying a motion to strike out a separate defense to the second cause of action alleged in the complaint. The defense is to the effect that at the time of delivery of the execution to respondent the judgment debtor was insolvent, that within four months thereafter a petition was filed for an arrangement in bankruptcy, and that the lien was lost as a result of the bankruptcy proceeding and not as a result of any act of respondent. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ., concur.

■ Abram Mitchell et al., Appellants, v. Town of Shelter Island et al., Respondents.— In an action, pursuant to section 51 of the General Municipal Law, to restrain the issuance of a capital note and bonds pursuant to a bond resolution duly adopted and approved by the electorate, and for other relief, the appeal is from a judgment entered on an order granting a motion for judgment on the pleadings and dismissing the complaint. Judgment unanimously affirmed, with $10 costs and disbursements. The wording of the resolution was sufficient to apprise the voters of the purpose of the bond issue and the details of the financing plan. The claimed defects were mere irregularities. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ.

■ Bertha Mooney et al., Respondents, v. Jacob Klein, Doing Business as Saul's Fruit Market, et al., Appellants.— Action by respondent Bertha Mooney to recover damages for personal injuries sustained when she fell on vegetable refuse covered by a paper bag on the sidewalk in front of appellants' vegetable stand, and by her husband for medical expenses and loss of services. The appeal is from an order of the Appellate Term, by permission of this court, affirming a judgment of the City Court of the City of New York, County of Kings, entered on the verdict of a jury in favor of respondents. Order unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.